# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA NASSER, | Civil Action No. 2:20-cv-01924-JFC |
| Plaintiff, | |
| vs. | HONORABLE JOY FLOWERS CONTI |
| COMMUNITY OPTIONS, INC., | |
| Defendant. | Electronically Filed |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

| LAW OFFICES OF NEAL A. SANDERS | JACKSON LEWIS, P.C. |
|---|---|
| /s/Neal A. Sanders | /s/Laura C. Bunting |
| NEAL A. SANDERS, ESQUIRE | LAURA C. BUNTING, ESQUIRE |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: May 28, 2021

SO ORDERED, this 1st day of June, 2021.

s/Joy Flowers Conti
Joy Flowers Conti, Senior U.S. District Judge